# Pepper Hamilton LLP
##### Attorneys at Law

3000 Two Logan Square  
Eighteenth and Arch Streets  
Philadelphia, PA 19103-2799  
215.981.4000  
Fax 215.981.4750

Kenneth H. Zucker  
direct dial: 215.981.4945  
direct fax: 215.200.0892  
zuckerk@pepperlaw.com

March 22, 2010

*Letter Only Via ECF;*  
*Letter and Other Items*  
*Via Federal Express*

The Honorable Jack B. Weinstein  
U.S. District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re:    *The State of Louisiana, ex rel. James D. Caldwell*  
                *Attorney General v. Eli Lilly and Company*;  
                MDL No. 1596, 05-CV-1455 (JBW); 05-CV-1549 (JBW)  
                1:07-cv-1749-JBW/RLM

Dear Judge Weinstein:

      I am writing on behalf of both parties to submit a Consent Judgment to the Court for its approval. There is a provision at the conclusion of the Consent Judgment for such approval to be confirmed by your signature. I am also enclosing an agreed-upon Order. This form of Order conforms with what the Court has issued in connection with its approval of earlier settlements between Eli Lilly and Company and other states' Attorneys General.

                                Respectfully,

                                Kenneth H. Zucker

KHZ/jlh  
Enc.  
cc:    Robert L. Salim, Esquire (w/enclosures)

| Philadelphia | Boston | Washington, D.C. | Detroit | New York | Pittsburgh |
| Berwyn | Harrisburg | Orange County | Princeton | Wilmington | |

www.pepperlaw.com